IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY WALKUP and<br>BETTY WALKUP,<br><br>   Plaintiffs,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORP.,<br>AKA BUFFALO PUMPS, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 12-1635-SLR/SRF<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 23rd day of October, 2013, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on September 26, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 128) is adopted.

2. Plaintiff's motion to remand (D.I. 13) is denied.

                _____
                United States District Judge