IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LARRY WALKUP and BETTY WALKUP, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 12-1635-SLR-SRF ) |
| AIR & LIQUID SYSTEMS CORP., a/k/a BUFFALO PUMPS, INC., et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 8th day of September, 2014, consistent with the Memorandum issued this same date;

IT IS ORDERED that:

1. The Report and Recommendation is adopted. (D.I. 304)

2. The objections are overruled. (D.I. 305)

3. The defendants' motions for summary judgment (D.I. 208; D.I. 238) are granted.

4. The clerk of court is directed to enter judgment against plaintiffs and in favor of defendants Nash Engineering Company and Air & Liquid Systems Corporation, a/k/a Buffalo Pumps, Inc.

_____
United States District Judge